UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br>     Plaintiff, <br> v. <br> HOWARD MISLE, et al., <br>     Defendants. | Case No. 16-cv-03614-JSW <br><br> **ORDER TO SHOW CAUSE** |

On December 2, 2016, this matter was scheduled for a case management conference. Pursuant to the Court's Order setting the initial case management conference, "[t]he parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates." (Dkt. No. 22, Order Setting Case Management Conference at 1:22-24.)  Lead counsel for Plaintiff did not appear. Accordingly, Plaintiff's counsel is HEREBY ORDERED TO SHOW CAUSE, in writing, by no later than December 12, 2016, why the Court should not impose sanctions in the amount of $250.00.

**IT IS SO ORDERED.**

Dated: December 5, 2016

_____
JEFFREY S. WHITE
United States District Judge