# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br> Plaintiff, <br> v. <br> HOWARD MISLE, et al., <br> Defendants. | Case No. 16-cv-03614-JSW <br><br> **ORDER IMPOSING SANCTIONS** |

On December 5, 2016, the Court issued an Order to Show Cause directing Plaintiff's lead counsel to show cause why the Court should not impose sanctions in the amount of $250.00 for his failure to appear at the case management conference held on December 2, 2016. Plaintiff's lead counsel has filed a letter brief in response to the Court's Order. The Court advises all parties that, with the exception of discovery disputes, it does not accept letter briefs. Unless otherwise ordered by the Court, any response to a Court Order or a request to the Court must be in pleading format. The Court has considered Plaintiff's counsel's response, and it does not find good cause to discharge the Order to Show Cause. Accordingly, the Court imposes sanctions in the amount of $250.00.

**IT IS SO ORDERED.**

Dated: December 7, 2016

_____
JEFFREY S. WHITE
United States District Judge

Cc: Finance Office