Elizabeth M. Pappy (SBN 157069)
Email: epappy@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1503 Grant Road, Suite 200
Mountain View, CA 94040-3270
Tel: 650.327.2672
Fax: 650.688.8333

Donnelly A. Gillen (SBN 260194)
Email: dgillen@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780
Fax: 510.839.9104

Attorneys for Defendants and Cross-Defendants
HOWARD MISLE, CORNERSTONE NEVADA,
LLC, and AMERICAN METAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN METAL GROUP, INC., a California Corporation; CORNERSTONE NEVADA, LLC, a Nevada Limited Liability Company; HOWARD MISLE, an individual; SCHNITZER STEEL INDUSTRIES, INC., an Oregon Corporation; NICO ALLOYS, INC., a California Corporation; LARRY LEVINE, an individual; DENYSE MACMILLAN, and individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 4:16-cv-03614-JSW <br><br> **REQUEST AND [PROPOSED] ORDER ON CASE MANAGEMENT CONFERENCE** AND ADMONISHING COUNSEL <br><br> CMC Date: June 16, 2017 <br> Time: 11:00 a.m. <br> Courtroom: 5 <br> Judge: Hon. Jeffrey S. White |

Defendants and Cross-Defendants Howard Misle, Cornerstone Nevada, LLC, and American Metal Group, Inc. hereby request a brief extension of the June 1, 2017 Case Management Conference or permission for substitute counsel to appear on their behalf. Elizabeth

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

- 1 -

REQUEST AND ORDER ON CASE
MANAGEMENT CONFERENCE

M. Pappy is trial counsel for these parties and cannot attend the June 16, 2017 Case Management Conference due to a scheduling conflict with another case. Should the Court require Ms. Pappy's attendance, the parties request a brief extension of the Conference date. In the alternative, the parties request that the Court allow Donnelly A. Gillen, Esq. to attend the conference in Ms. Pappy's stead. Ms. Gillen is intimately involved in the action and will be able to adequately discuss the litigation's status.

Dated: May 17, 2017            Respectfully submitted,

BURKE, WILLIAMS & SORENSEN, LLP

By: /ss/ Donnelly A. Gillen
Donnelly A. Gillen
Attorneys for Defendants and Cross-Defendants
HOWARD MISLE, CORNERSTONE NEVADA, LLC, and AMERICAN METAL GROUP, INC.

## ~~[PROPOSED]~~ ORDER

The Judgment Debtors have not opposed the request to allow alternate counsel to appear.

~~Due to a scheduling conflict for trial counsel of Howard Misle, Cornerstone Nevada, LLC, and American Metal Group, Inc., the Court hereby continues the June 16, 2017 Case Management Conference to _____, 2017 at \_\_\_\_ a.m./p.m. in Department 5.~~

~~[OR]~~

Due to a scheduling conflict for trial counsel of Howard Misle, Cornerstone Nevada, LLC, and American Metal Group, Inc., the Court will herby permit Donnelly A. Gillen, Esq. to appear at the June 16, 2017 Case Management Conference on the parties' behalf. Ms. Gillen must must have the authority on Ms. Pappy's behalf to set further dates and deadlines in this matter. Counsel have previously been advised that the Court does not accept letter briefs unrelated to discovery. See Docket No. 50. If the parties fail to comply with this rule going forward, the Court simply shall not act on a request made in a letter brief.

Dated: May 23, 2017

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE