UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK, N.A.,

          Plaintiff,

    v.

HOWARD MISLE, et al.,

          Defendants.

Case No.  16-cv-03614-JSW

**ORDER STAYING CASE AND
REQUIRING STATUS REPORT**

Re: Dkt. No. 126

The Court has received and considered the parties' joint case management conference statement, in which they advise the Court that because Defendant Howard Misle is in Bankruptcy Proceedings in Nevada, claims against him are subject to an automatic stay.  The parties also advise the Court that they have been attempting to resolve this matter.  The Court VACATES the case management conference scheduled for January 31, 2020, STAYS this matter in light of the Bankruptcy Proceedings, and ORDERS the parties to file a joint status report by April 17, 2020. Nothing in this Order shall preclude any party from filing a motion to lift the stay.

    **IT IS SO ORDERED.**

Dated: January 24, 2020

_____
JEFFREY S. WHITE
United States District Judge